# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KENNETH MOTLEY,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Case No.: 2018-CV-02360 |
| ) | |
| **VERSACE USA, INC. and SECURITY** ) | Judge Manish S. Shah |
| **INDUSTRY SPECIALISTS, INC.,** ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| *Defendants.* ) | |
| ) | |

| | |
|---|---|
| Stephanie Matthews (6200066)<br>COLE SADKIN, LLC<br>20 South Clark Street, Suite 500<br>Chicago, IL 60603<br>(312) 548-8610<br>smatthews@colesadkin.com<br>*Attorneys for Plaintiff* | Kendell Coates (6320453)<br>Littler Mendelson<br>321 N. Clark St., Ste. 1000<br>Chicago, IL 60654<br>P: (312) 795-3249<br>kcoates@littler.com<br>*Attorneys for Defendant* |

## **STIPULATED ORDER**

The parties having stipulated and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that all claims against Security Industry Specialists, Inc. in the above action are dismissed with prejudice and with each party responsible for their own fees and costs; As such, all Defendants having been dismissed, the present litigation is terminated.

DATED: September 13, 2018

_____
Manish S. Shah, U.S. District Judge

1

**SO STIPULATED** :

| *Plaintiff:* | *Defendant:* |
|---|---|
| /s/Stephanie L. Matthews | /s/Kendell Coates |
| Stephanie Matthews (Atty. #6200066) | Kendell Coates (6320453) |
| COLE SADKIN, LLC | Littler Mendelson |
| 20 South Clark Street, Suite 500 | 321 N. Clark St., Ste. 1000 |
| Chicago, IL 60603 | Chicago, IL 60654 |
| (312) 548-8610 | P: (312) 795-3249 |